# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CURTUS ANDREW BACHSTEIN,

                            Plaintiff,

    v.

FRANK BISIGNANO, Commissioner of
Social Security,

                          Defendant.

3:25-cv-00244-CSD

**ORDER**

With good cause appearing, the Honorable Magistrate Judge Craig S. Denney recuses himself in this action.

**IT IS HEREBY ORDERED** that the Clerk shall draw another Magistrate Judge to be assigned to this case.

DATED:  January 14, 2026.

_____
UNITED STATES MAGISTRATE JUDGE